# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 8:23-CR-00032                Recorder: ECRO                Date: 03/23/2023

Present: The Honorable Jacqueline Chooljian, U.S. Magistrate Judge

Court Clerk: Kerri Hays                                    Assistant U.S. Attorney: Declan Conroy

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| MARIA VADUVA<br>    CUSTODY-PRESENT | VITALY B. SIGAL<br>    PANEL | ROMANIAN | IOANA NITRA |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE .**

Deft is arraigned and states true name is the name on the charging document.

Defendant is given a copy of the Indictment and acknowledges having been read or having received a copy of the Indictment and waives the reading thereof.

Defendant pleads not guilty to all counts in the Indictment.

This case is assigned to the calendar of District Judge Fred W. Slaughter.
It is ordered that the following date(s) and time(s) are set:
    Jury Trial 5/9/2023 at 8:30 AM
    Pre-trial Conference 4/27/2023 at 1:30 PM
    Defendant and counsel are ordered to appear before said judge at the time and date indicated.

Counsel are referred to the assigned judge's trial/discovery order located on the court's website, Judges' Procedures and Schedules.

Trial estimate: 2-3 Days.

First Appearance/Appointment of Counsel: 00 : 00
PIA: 00 : 04
Initials of Deputy Clerk: KH by CGM

cc: Statistics Clerk, PSALA CJA Supv Attorney, Interpreter, USMLA